# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Lloyd Dangerfield
Attorney at Law
703 E. University Ave.
Lafayette LA 70503

## REHEARING ACTION: July 13, 2011

**Docket Number: 11   00055-JAC consolidated with 54-JAC**

**STATE IN THE INTEREST OF P.A.**

**Appealed from Lafayette Parish Case No. JC20090990 C/W JC20080997**

**BEFORE JUDGES:**

    **Hon. John D. Saunders**
    **Hon. Oswald A. Decuir**
    **Hon. Marc T. Amy**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **N. M. M.** has this day been

    **DENIED.**
    Saunders, J., would grant rehearing.

cc: Michelle Breaux, Counsel for the Appellee
    Tamara Rahim, Counsel for the Appellee
    Allyson Claire Melancon Prejean, Counsel for the Appellee
    Vivian Veron Neumann, Counsel for the Appellee